# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149163

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARTON CLIFFORD REESE,
      Defendant-Appellant.

SC: 149163
COA: 320776
Genesee CC: 07-020850-FC

_____/

      On order of the Court, the application for leave to appeal the March 31, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015


Clerk

s0126